## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
*ex rel.* DEBRA FRENN, DNS, FACHE,

     Plaintiffs,

v.                                             No. 16-cv-842

RUSK COUNTY; RUSK COUNTY MEMORIAL
HOSPITAL; and CHARISSE OLAND

     Defendants.

_____

### [PROPOSED] ORDER

The United States having declined to intervene in this action pursuant to the False Claims

Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby ORDERED that:

1. The complaint be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made

public or served upon the defendants, except for this Order and the United States' Notice of

Election to Decline Intervention, which the relator will serve upon the defendants only after

service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this

Order;

4. The parties shall serve all pleadings and motions filed in this action, including

supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The

United States may order any deposition transcripts and is entitled to intervene in this action, for

good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

DATED: March 26, 2018

BY THE COURT:

STEPHEN L. CROCKER
United States Magistrate Judge